IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ASHLEY BURKE, *individually and on behalf of a class of similarly situated persons*, | : |
| Plaintiff, | : |
| v. | : Civil Action 3:16-cv-00785 (JAG) |
| SETERUS, INC., | : |
| Defendant. | : |

### ORDER GRANTING PARTIES' JOINT MOTION TO CORRECT CLASS NOTICE

THIS MATTER having come before the Court on Defendant Seterus, Inc. and Plaintiff Ashley Burke's (collectively, the "Parties") Joint Motion to Correct Class Notice; the Court having reviewed the same and found good cause for the relief requested;

NOW THEREFORE IT IS ORDERED that the Parties' Motion is GRANTED. The corrected Class Notice attached to the Motion as Exhibit A shall replace the original Class Notice attached to the Preliminary Approval Order entered by this Court on September 12, 2017.

NOV 09 2017

/s/
John A. Gibney, Jr.
UNITED STATES DISTRICT JUDGE